Lauren M. Hausman (CA Bar No. 349514)
**COPYCAT LEGAL PLLC**
113 N San Vicente Blvd
Suite 232
Beverly Hills, CA 90211
T: (877) 437-6228
E: lauren@copycatlegal.com

Attorney for Plaintiff
TOM HUSSEY PHOTOGRAPHY, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM HUSSEY PHOTOGRAPHY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NOVELLUS LIVING, LLC f/k/a CAMLU ASSISTED LIVING COMMUNITY and CIMINOCARE, <br><br> Defendants. | Civil Action No. 2:25-cv-01798-DJC-SCR <br><br><br> **NOTICE OF SETTLEMENT** |

Plaintiff Tom Hussey Photography, LLC ("Plaintiff") hereby gives notice that the parties have reached a settlement in principle. The parties are finalizing a written settlement agreement and anticipate filing a notice of dismissal with prejudice within the next 45 days.

Dated: September 9, 2025.                    By: /s/ Lauren M. Hausman
                                            Lauren M. Hausman, Esq.
                                            Attorney for Plaintiff
                                            Tom Hussey Photography, LLC

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Lauren M. Hausman
Lauren M. Hausman, Esq.